[No. 50535-1-I. Division One. February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BURDEAUX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01031-0, Dale B. Ramerman, J., entered May 2, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50625-1-I. Division One. February 18, 2003.]

*In the Matter of the Marriage of* LAURA A. RAYNOLDS, *Respondent*, and WILLIAM S. RAYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-07450-6, Joan B. Allison, J. Pro Tem., entered May 24, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 28177-5-II. Division Two. February 19, 2003.]

EDWARD TRUAX, ET AL., *Respondents*, v. WALTER B. SCHMIDT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-11702-2, Sergio Armijo, J., entered December 7, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 19337-3-III. Division Three. February 20, 2003.]

BISON MEDIA, INC., *Respondent*, v. KTSL, INC., *Appellant*, A.M. HOCHSTADT, ET AL., *Respondents*.

KTSL, INC., *Appellant*, v. TRIATHLON BROADCASTING OF SPOKANE, INC., ET AL., *Defendants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-00191-1, James M. Murphy, J., entered May 5, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.